IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MULTILINK, INCORPORATED, | ) | CASE NO. 1:23-cv-964 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **CONWAY CORPORATION'S ANSWER** |
| CONWAY CORPORATION, | ) | **TO PLAINTIFIF'S COMPLAINT AND** |
| | ) | **COUNTERCLAIMS** |
| Defendant. | ) | |
| | ) | (Jury Demand Endorsed Hereon) |

Now comes Defendant, Conway Corporation ("Conway"), by and through undersigned counsel, and for its Answer to Plaintiff's Complaint and states as follows:

**PARTIES JURISDICTION, AND VENUE**

1.Conway denies the allegations contained in paragraph 1 of Plaintiff's Complaint for lack of knowledge.

2.Conway admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.Conway denies the allegations contained in paragraph 3 of Plaintiff's Complaint as it calls for a legal conclusion.

4.Conway denies the allegations contained in paragraph 4 of Plaintiff's' Complaint as it calls for a legal conclusion.

5.Conway denies the allegations contained in paragraph 5 of Plaintiff's' Complaint as it calls for a legal conclusion.

**NATURE OF THE ACTION**

6.Conway admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Conway denies the allegations contained in paragraph 7 of Plaintiff's Complaint for lack of knowledge.

8. Conway denies the allegations contained in paragraph 8 of Plaintiff's Complaint for lack of knowledge.

9. Conway denies the allegations contained in paragraph 9 of Plaintiff's Complaint for lack of knowledge.

10. Conway denies the allegations contained in paragraph 10 of Plaintiff's Complaint as the forms speak for themselves.

11. Conway admits the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. Conway admits the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Conway admits the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Conway admits the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Conway admits the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Conway admits the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Conway admits the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Conway admits the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Conway admits the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Conway admits the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Conway admits the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Conway admits the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Conway admits the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. Conway admits that in early 2021, it contacted Plaintiff regarding defects in the subject goods. Conway denies the remaining allegations in paragraph 24 of Plaintiff's Complaint.

25. Conway admits that a letter was sent to Plaintiff in February 2023 but denies the remaining allegations contained in paragraph 25 of Plaintiff's Complaint.

26. Conway admits that it is seeking a refund related to Plaintiff's defective goods but denies the remaining allegations set forth in paragraph 26 of Plaintiff's Complaint.

## COUNT ONE
## DECLARATORY JUDGMENT

27. Conway incorporates each and every averment contained within paragraphs 1 through 26 as if fully rewritten herein.

28. Conway denies the allegations contained in paragraph 28 of Plaintiff's' Complaint as it calls for a legal conclusion.

29. Conway denies the allegations contained in paragraph 29 of Plaintiff's Complaint as the forms speak for themselves.

30. Conway denies the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. Conway denies the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Conway denies the allegations contained in paragraph 32 of Plaintiff's Complaint as the forms speak for themselves.

33. Conway denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. Conway denies the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. Conway denies the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. Conway admits there is a controversy between Plaintiff and Defendant but denies the remainder of the allegations contained in paragraph 36 of Plaintiff's Complaint.

37. Conway denies the allegations contained in paragraph 37 of Plaintiff's Complaint.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by a lack of subject matter jurisdiction.

3. Plaintiff's claims are barred by the applicable statute of limitations.

4. There has been an insufficiency of process and/or insufficiency of service of process on Conway.

5. Plaintiff has failed to join necessary and/or indispensable parties.

6. Defendant hereby incorporates by reference and further would rely upon all defenses which would become available during discovery or due to a change in the law.

7. All allegations in Plaintiff's Complaint not expressly admitted are deemed denied.

8. Defendant reserves the right to add additional defenses as the facts of this matter are discovered.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with prejudice at Plaintiff's costs and that the court grant any and all relief in law or in equity this court deems just and appropriate.

Respectfully submitted,

*/s/ Michael P. Gilbride*
MICHAEL P. GILBRIDE (0062471)
**REMINGER CO., LPA**
154 Columbus Avenue
Sandusky, Ohio 44870
Telephone: (419) 609-1311
Facsimile: (419) 626-4805
E-mail: mgilbride@reminger.com

BRIANNA M. PRISLIPSKY (0101170)
**REMINGER CO., LPA**
200 Public Square, Suite 1200
Cleveland, Ohio 44114
Telephone: (216) 687-1311
Facsimile: (216) 687-1841
E-mail: bprislipsky@reminger.com

Counsel for Defendant,
Conway Corporation

## JURY DEMAND

Conway Corporation respectfully requests a trial by jury comprised of the maximum number of jurors allowed by law.

*/s/ Michael P. Gilbride*
BRIANNA M. PRISLIPSKY (0101170)
MICHAEL P. GILBRIDE (0062471)
REMINGER CO., L.P.A.

Counsel for Defendant,
Conway Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MULTILINK, INCORPORATED, | ) | CASE NO. 1:23-cv-964 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **CONWAY CORPORATION'S** |
| CONWAY CORPORATION, | ) | **COUNTERCLAIM** |
| | ) | |
| Defendant. | ) | (Jury Demand Endorsed Hereon) |
| | ) | |

Defendant/Counterclaim-Plaintiff Conway Corporation, by and through counsel, hereby state the following as its Counterclaim against Plaintiff/Counterclaim-Defendant Multilink, Incorporated:

**THE PARTIES**

1. Multilink, Incorporated is an Ohio Corporation based in Elyria, Ohio with its principal place of business at 580 Ternes Lane, Elyria, OH 44035.

2. Conway Corporation is an Arkansas corporation with its principal place of business located at 800 S. Harkrider Street, Conway, AR 72032 and 650 Locust Street Conway, AR 72034.

**JURISDICTION AND VENUE**

3. The Northern District of Ohio has subject matter and personal jurisdiction over this action as adjudicated by this Court in its Order dated May 17, 2024. Further, Multilink is an Ohio corporation with its principal place of business in Elyria, Ohio.

4. The Northern District of Ohio is a proper venue for this action as adjudicated by this Court in its Order dated May 17, 2024.

**DEFENDANT CONWAY CORPORATION'S COUNTERCLAIM FOR BREACH OF CONTRACT**

5. Defendant/Counterclaim-Plaintiff Conway Corporation is a utility company based in Conway, Arkansas which provides various construction, maintenance, and other repair services to the citizens of Conway.

6. Prior to 2018, Conway had previously purchased products from Multilink through its regional salesman, Jordan Smoot ("Smoot").

7. In 2018, Smoot Conway who advertised Multilink's MicroDuct product for an upcoming construction project in Conway, Arkansas.

8. Conway submitted several purchase orders for MicroDucts to Plaintiff in February 2019, April 2019, and May 2019, which were delivered to Conway's Arkansas address several months later.

9. These orders were confirmed by Multilink through an order acknowledgment form prepared by Multilink.

10. The MicroDucts Conway received were nonconforming and/or defective and were not suitable to Conway's purposes.

11. These nonconforming goods were a substantive and material breach of the parties' contracts.

12. These defects were not immediately discoverable due to the nature of Conway's work.

13. Upon discovery of these defects, however, Conway attempted to contact Multilink to resolve the dispute informally, but the parties were unable to reach an informal resolution.

14. To date, Multilink has failed to refund Conway for the cost of these nonconforming goods.

15. Multilink is due $190,611.50 for the cost of these nonconforming goods.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant/Counterclaim-Plaintiff Conway Corporation respectfully requests relief on its counterclaim as follows:

1. That this Court award Conway $190,611.50 for the nonconforming and/or defective goods it purchased from Multilink.

2. That this Court award Conway all associated costs of this action;

3. That this Court award Conway its reasonable attorneys' fees associated the defense and prosecution of this action;

4. Any other relief in favor of Defendant that this Court deems just and equitable.

                                           Respectfully submitted,

*/s/  Michael P. Gilbride*
MICHAEL P. GILBRIDE (0062471)
**REMINGER CO., LPA**
154 Columbus Avenue
Sandusky, Ohio  44870
Telephone: (419) 609-1311
Facsimile:  (419) 626-4805
E-mail:     mgilbride@reminger.com

BRIANNA M. PRISLIPSKY (0101170)
**REMINGER CO., LPA**
200 Public Square, Suite 1200
Cleveland, Ohio 44114
Telephone: (216) 687-1311
Facsimile:  (216) 687-1841
E-mail:     bprislipsky@reminger.com

Counsel for Defendant,
Conway Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically with the Court on this 31st day of May, 2024. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Michael P. Gilbride
BRIANNA M. PRISLIPSKY (0101170)
MICHAEL P. GILBRIDE (0062471)
**REMINGER CO., LPA**

Counsel for Defendant,
Conway Corporation